UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 6:24-cr-28-PGB-LHP

TIJUANNA J. THOMAS

### NOTICE OF RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that the instant action:

☐   IS   related to pending or closed civil or criminal cases previously filed in this court, or any other Federal or State court, or administrative agency as indicated below:

☒   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Related Action upon each party no later than eleven days after appearance of the party.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   /s/ *Matthew J. Del Mastro*
MATTHEW J. DEL MASTRO
Special Assistant U. S. Attorney
USA No. 203
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:   matthew.del.mastro@usdoj.gov

2

U.S. v. TIJUANNA J. THOMAS Case No. 6:24-cr-28-PGB-LHP

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

 Nicole Mouakar
 Assistant Federal Defender


 /s/ Matthew J. Del Mastro
 MATTHEW J. DEL MASTRO
 Special Assistant U. S. Attorney
 USA No. 203
 400 W. Washington Street, Suite 3100
 Orlando, Florida 32801
 Telephone:  (407) 648-7500
 Facsimile:   (407) 648-7643
 E-mail:        matthew.del.mastro@usdoj.gov