| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 6:24-cr-28-PGB-LHP |
| DEFENDANT | TYPE OF PROCESS |
| Tijuanna J. Thomas | Post & Walk |

RECEIVED
By U.S. Marshals Service M/FL Asset Forfeiture at 10:18 am, Aug 02, 2024

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Tijuanna J. Thomas and/or Any Occupants

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
518 Loomis Trail, Daytona Beach, FL 32114

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Nicole M. Andrejko, AUSA
U.S. Attorney's Office
400 West Washington St., Suite 3100
Orlando, Florida 32801

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please post the Preliminary Order of Forfeiture on the real property located at 518 Loomis Trail, Daytona Beach, FL 32114.

CATS ID: 24-DVA-00014

Signature of Attorney other Originator requesting service on behalf of:
*Nicole Andrejko*
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: (407) 648-7560
DATE:

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 18 | No. 18 | *Blanca J. Rios* | 8/2/2024 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 8-5-24   Time: 12:50 ☐ am ☒ pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS

—Served, places are posted at above listed residence

Form USM-285
Rev. 03/21